2009 JUL 22 P 4: 39

Bobby Scott Jr
Name
Po Box 650
Indian Springs NV 89070
1034912
Prison Number

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Bobby Scott Jr., Plaintiff,

vs.

David Roger/State of Nevada
Andrea Rachiele/State of Nevada
Andrew R Bauman/LVMPD,
William Albertson/LVMPD,
Casey Landis/Clark County P.D.,
Defendant(s).

2:09-cv-01335-RLH-GWF

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

Jury Trial Demanded

**A. JURISDICTION**

1) This complaint alleges that the civil rights of Plaintiff, Bobby Scott Jr. (Print Plaintiff's name) who presently resides at High Desert State Prison, were violated by the actions of the below named individuals which were directed against Plaintiff at Clark Co District Court/~~Dept XX~~ on the following dates (institution/city where violation occurred)

2-17-09 (Count I), 12-04-08 Til 4-16-09 (Count II), and 4-16-09 & 2-17-09 (Count III)

Clerk: Please send me 1 copy

**Make a copy of this page to provide the below information if you are naming more than five (5) defendants**

2) Defendant David Roger resides at PO BOX 552212 200 LEWIS AVE LAS VEGAS NV 89155
(full name of first defendant) (address if first defendant)
and is employed as STATE OFFICIAL . This defendant is sued in his/her
(defendant's position and title, if any)
X individual X official capacity. (Check one or both). Explain how this defendant was acting
under color of law: District Attorney (STATE OF NEVADA)

3) Defendant ANDREA RACHIELE resides at PO BOX 552212 200 LEWIS AVE LAS VEGAS NV 89155
(full name of first defendant) (address if first defendant)
and is employed as STATE OFFICIAL . This defendant is sued in his/her
(defendant's position and title, if any)
X individual X official capacity. (Check one or both). Explain how this defendant was acting
under color of law: DEPUTY District Attorney
STATE OF NEVADA

4) Defendant ANDREW BAUMAN resides at METRO POLICE DEPT.
(full name of first defendant) (address if first defendant)
and is employed as City Of LAS VEGAS Official This defendant is sued in his/her
(defendant's position and title, if any)
X individual X official capacity. (Check one or both). Explain how this defendant was acting
under color of law: POLICEMAN / AGENT OF STATE

5) Defendant William Alberson resides at METRO POLICE DEPT.
(full name of first defendant) (address if first defendant)
and is employed as City OFFICIAL . This defendant is sued in his/her
(defendant's position and title, if any)
X individual X official capacity. (Check one or both). Explain how this defendant was acting
under color of law: POLICEMAN / AGENT OF STATE

PO BOX 552610 LAS VEGAS 89155

6) Defendant CASEY LANDIS resides at 309 S third St RM 226.
(full name of first defendant) (address if first defendant)
and is employed as COUNTY OFFICIAL. This defendant is sued in his/her
(defendant's position and title, if any)
X individual X official capacity. (Check one or both). Explain how this defendant was acting
under color of law: PUBLIC DEFENDER / AGENT OF STATE

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

ALL that APPLY- TO bE DETERMINED by LAWYER

---

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

A DOMESTIC OCCURED MAY 8th 2008. HAD A COMPLAINT AND POLICE OFFICERS AS WITNESSES OF EVIDENCE. 12-04-08 til 1-22-09 IN THAT TIME FRAME, CASE WAS HEARD AND DISMISSED WITHOUT PREJUDICE. ARRIAGNED IN JUDGE JENSONS COURT ROOM. HELD UP UNTIL SENTENCING OF PROBATION VIOLATION. 12-30-08 2008 ANDREA MCBRIDE WAS A NO SHOW. CASE WAS DISMISSED WITHOUT PREJUDICE. ROGER REFILED A CASE FROM AUG 5-08. UPGRADED TO A FELONY ON 2-17-09. USED SAME EVIDENCE, THE COMPLAINT AND SAME ARRESTING OFFICERS, WERE FILED ON THE AUG 5th 2008 CASE OF THE SAME EVENT. # 08050802237. STATE VS SCOTT EXHIBIT 1 PG 2 BOTTOM LEFT CORNER. ALSO DA'S OF STATE RESPONSE TO WRIT FILED 6-2-2009 EXHIBIT 2 PG 2 EL 08050802251

---

## C. CAUSE OF ACTION

**COUNT I**

The following civil rights has been violated: Double Jeopardy

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

David Roger Filed CASE C252029 on 2-17-09. Also filed a CASE from 5-08-08 in December 08. This CASE 5-08-08 was dismissed without prejudice. SAME number C-252029 EVENT # 0805080237

CASE Filed 2-17-09 is from 8-05-08 has SAME Arresting officers and EV # 0805080237 pg 2 Bottom Exhibit 1 SENT ME to prison on the 5-08-08 Charge that was dismissed without prejudice, because of Evidence used illegally, in the 8-05-08 CASE Filed 2-17-09 Electronically. Forced Andrea McBride to come to court. Made Judge Mosley think CASE was Aug 5th and sent me here by using SAME CASE Number from 5-08-08 and SAME Evidence from that CASE. Used Blonde JANE DOE DA to get extension so CASE 8-05-08 JAN 23rd would not get dismissed. CASEY LANDIS also involved TO Let Blonde get WKS to Locate McBride.

**COUNT II**

The following civil rights has been violated: Conspiracy

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

DA Roger Filed case with same event as 5-08-08 on 2-17-09. Used Andrea Rachiele to prosecute. Also used Casey Landis to get me to plead guilty. Had the Arresting officers come to court again. To also had Andrea McBride to come to court by harrasing her with Blonde DA from 1-23-09.
On 2-17-09 Black John Doe PD said I could not win also told me case was from may 8th 2008.
Transcripts will show this case as 8-05-08. 4-16-09 At sentencing Landis told me word for word what to say. LVMPD Alberson & Bauman were conversing at both prelims with DA officials. Blonde Jane Doe DA - 2-23-09 and Rachiele - 2-17-09 with Alberson & Bauman 8-5-08 case was her Andrea McBride's word against mine. No witnesses.
Evidence 080508023 LVMPD Alberson & Bauman Black PD & Landis, blonde DA & Rachiele were all in on this case to conspire.

COUNT IIII INADEQUATE COUNSEL JAN 23rd - April 16 2009

JAN 23rd the District Attorney A John Doe. I would not plead guilty to A plea bargain. Casey the Public Defender wanted me to take the classes. Casey And the John Doe DA A blonde Lady wanted this Together. He was upset Also. They talked and she stated she likes to play hardball. ON TAPE. If prelims were taped by court. She John Doe asked the judge for A Extension because she contacted McBride by phone And sent A Patrol. My Lawyer did nothing on A misdemeanor case that she did not show up. John Doe DA was granted three wks. John Doe DA By mcbrides own words in court Feb 17th 2009 said she was arrested on A warrant And made to come to court. (Video of case Feb 17) mcbride said Also they want me to have Lots of time. Feb 17th there was A new DA Andrea Rachiek And A new Public Defender. The black P Def. Thats when I noticed the conspiracy of PD working with DA. No matter what I said he said I got to plead guilty with the plea Aggrement or get more time. P.D said case was from may 8th, I told him that case was dismissed without prejudice. He said he would check into it. He never did. I told him the case was from Aug 5 he said it didnt matter. Plead guilty cas or get more time. I told him To show me the paperwork he said I would see it At my next court date. Alberson & Bauman LVMPD: were their As the Arresting Off. Again. (Video of prelims) conferring with DA. Same Evidence same officers from may 8th. 2008 Same complaint

Feb 25 2009 I saw the case it said Aug 5 but it had case Evidence from may 8th. EV-0805080237 LV case number 08M135747 (Pg 2 of Exhibit 2 in DA's response to Habeas Corpus Filed 6/2/09). Alberson & Bauman LVMPD knew this wasn't the case from may 8th. They were working with DA's office to get me. (Video's will proove) P.D Also was clearly not for me. By me not seeing the case until Feb 25th 2009. Everyone worked together A conspiracy.

A. Withheld the paperwork of case until District court.
B. Aug 5th 2008 3E15 Defense Did not care.
C. Feb 17 Did not know he John Doe Black P.D. was representing me. Video
D. Feb 25 2009 Conspired with D.A.
E. Jan 23 2009 Conspired with DA Video
F. LVMPD Also Alberson & Bauman
G. Should have known Double Jeopardy
H. Conspiracy with DA off cause I would not take A PLEA Agg. Jan 23 (Video)
I. PD Should know it was wrong case. May 8th
J. Also case number of EV-0805080237 Exhibit 1 Pg 2
K DA's office was crooked. ALL Video And Discovery will proove it.

Part C.

By Bobby Scott Jr.
Pro Per
1034912
5D12

6/30/09

LOA

Clerk: Please send D.A. copies I'm Indigent

**COUNT III**

The following civil rights has been violated: FALSE INPRISONMENT

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

DAVID ROGER FILED 2 CASES AS ONE CASE 5-08-08 AND 8-05-08 WITH THE SAME CASE NUMBER AND SAME EVENT NUMBER 080508023 7. EXHIBIT 1 FILED 2-17-09 PG 2 ALSO STATES RESPONSE TO WRIT FILED 6-02-09 ALSO STATE VS BOBBY SCOTT FILED 2-17-09 PG 2 BOTTOM LEFT. C252029 RESPONSE TO WRIT - C-252029
THESE CASES CAUSED ME TO PLEAD GUILTY THEY HAD SAME EVIDENCE # 0805080237 EVENT FALSE EVIDENCE BECAUSE I'M IN PRISON ON THE MAY 8TH 2008 CHARGE THAT I WAS NEVER CONVICTED OF. TRANSCRIPTS 4-16-09. FILED 2-17-09 CASE IS ILLEGAL

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ✓ Yes ____ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

outline).

a) Defendants: David Roger State of Nevada

b) Name of court and docket number: Supreme Court of Nevada (NO 54067)

c) Disposition (for example, was the case dismissed, appealed or is it still pending?): Appealed - Said I went over 30 day deadline - Phillip Wilson P.D. office

d) Issues raised: Cases combined to make one case. Same event number # 080508-0237 Same case number C252029 - C-252029

e) Approximate date it was filed: June 26 2009

f) Approximate date of disposition: Unknown

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes __✓__ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: ____________________.

b) Name of court and case number: ____________________.

c) The case was dismissed because it was found to be (check one): ______ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d) Issues raised: ____________________

____________________

e) Approximate date it was filed: ____________________

f) Approximate date of disposition: ____________________

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: ____________________.

b) Name of court and case number: ____________________.

c) The case was dismissed because it was found to be (check one): ______ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d) Issues raised: ______________________________________________

e) Approximate date it was filed: ____________________

f) Approximate date of disposition: ____________________

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: ______________________________________________.

b) Name of court and case number: ______________________________.

c) The case was dismissed because it was found to be (check one): ______ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d) Issues raised: ______________________________________________

e) Approximate date it was filed: ____________________

f) Approximate date of disposition: ____________________

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? BS ✓ Yes ✓ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____ state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole board decision; or (5) ____ other I HAVE EVIDENCE - PO Kohn said I couldn't

If your answer is "Yes", provide the following information. Grievance Number ________.

Date and institution where grievance was filed ______________________________.

Response to grievance: ______________________________________________

I hereby certify that a copy of the foregoing document was mailed to

District Attorney — 200 Lewis Ave PO Box 552212 Las Vegas NV 89155 ON 7/15/09

Bobby Scott Jr
Pro Per

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

Punitive - 2.8 million
Compensatory 2.8 million
Injunctive - All cases in 2008 2007 prosecuted by DA Roger erased from record. Albertson & Bauman fired. DA Roger & staff reprimanded. suspended.
Total Monetary 5.6 million

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

Bobby Scott Jr. #1034912
(Signature of Plaintiff)

7/15/09
(Date)

(Additional space if needed; identify what is being continued)

Exhibit 1 pg 2 Filed 2-17-09 instant 8-05-09
States response to writ - Filed 6-2-09 pg 2 Exhibit 2 - Violates Due Process 14th Amend