Case 2:09-cv-01335-RLH-GWF Document 11 Filed 11/12/2009 Page 2 of 15

Bobby Scott Jr
Name
SDCC PO Box 208
Indian Springs NV 89070
1034912
Prison Number

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Bobby Scott Jr, Plaintiff,

vs.

David Roger,
Andrea Lachiele,
William Alberson,
David Bauman,
Casey A Landis,
Defendant(s).

CASE NO. ____________
(To be supplied by the Clerk)

Amended
CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Jury trial Demanded

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, Bobby Scott Jr., (Print Plaintiff's name) who presently resides at SDCC - Nevada State Prison, were violated by the actions of the below named individuals which were directed against Plaintiff at Clark Co. Detention Center (institution/city where violation occurred) on the following dates Aug 16, 2008 (Count I), Oct 17 2008 (Count II), and April 16 2009 (Count III).

Case 2:09-cv-01335-RLH-GWF Document 11 Filed 11/12/2009 Page 3 of 15

**Make a copy of this page to provide the below information if you are naming more than five (5) defendants**

2) Defendant David Roger resides at 200 Lewis Avenue PO Box 552212 Las Vegas NV 89155-2212,
(full name of first defendant) (address if first defendant)
and is employed as District Attorney. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: Ran False Identifying Information And Documentation to get PEA Agg of 12 to 30 months in NSP. Conspired

3) Defendant William E. Alberson resides at 400 E. Stewart Las Vegas, NV 89101 (LVMPD) (702) 828 3111,
(full name of first defendant) (address if first defendant)
and is employed as Policeman Primary Reporting. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: Claims to be Arresting officer in False Identifying Information and Documentation / Agent of State Also Conspired

4) Defendant Andrew R. Bauman resides at 400 E. Stewart Las Vegas, NV 89101 (LVMPD) (702) 828 3111,
(full name of first defendant) (address if first defendant)
and is employed as Policeman Reporting Officer. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: Agent of State - Came to Court Also in False Identifying Information and Documentation. Conspired Feb 25th 2009)

5) Defendant Andrea Rachikle resides at 200 Lewis Avenue PO Box 552212 Las Vegas, NV 89155-2212,
(full name of first defendant) (address if first defendant)
and is employed as Deputy District Attorney. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: Proceeded with Conspiracy to Violate Civil Rights Using False Identifying Information And Documentation.

6) Defendant Casey A. Landis resides at 309.5 Third St Rm 226 PO BOX 552610 LAS VEGAS, NV 89155-2610,
(full name of first defendant) (address if first defendant)
and is employed as Deputy Public Defender. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: Conspired to get plea Aggreement by using False Identifying Information And Documentation.

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

Bill No. 2009-19 Section 1: Title 10, Chapter 30 Section 40 of the Municipal Code of the City of Las Vegas, NV, 1983 Edition Amended (10.30.040)

---

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

David Roger DA: is involved with A Conspiracy Against me that involves Ineffective counsel, False Identifying information & Documentation, False Imprisonment, Due process Etc.
Case 08F21633X Filed in Justice Township was Dismissed Along with the Event # 0805080237. Roger Filed C252029 in District Court A case with no complaint no statement no Witnesses. Used that case As A cover Story to use the same Dismissed EV# 0805080237 LVMPD to get plea Agg of 12 to 30 months. Then used the same case 08F21633X with Event to Imprison me. Used same Arresting officers As Witnesses from may 5th 2008 Like they were Arresting officers in C252029 from August 5th 2008.

---

## C. CAUSE OF ACTION

Case 2:09-cv-01335-RLH-GWF Document 11 Filed 11/12/2009 Page 5 of 15

**COUNT I**

The following civil rights has been violated: INEFFECTIVE COUNSEL 14th, 6th, 5th EFFECTIVE ASSISTANCE OF COUNSEL And Equal protection of LAW

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Roger DA. Filed Felony CASE Number 08F21633X in Justice court Dept.5 STATE VS Bobby Scott Dated 10-17-08. I plead not guilty. 12/19/08 Set for trial on JAN 7 2009. See same document pg 2 Bottom Casey Landis hand writing. (Public Defender) The case was dismissed without prejudice. This case is from 05-08-08 (See Domestic Battery report pg-1-2) By LVMPD. In sentence 1) Criminal Complaint says the 5th day of August is the date of occurance. (2008)

David Roger then Filed case C252029 on 02/17/09 in District court Dept 14. This case filed by way of information. Sentence 22 says case occured on or About the 5th day of August 2008. This is the same as the Justice case Dismissed without prejudice. On pg 2 of Exhibit 1 signed David Roger, All witnesses are from May 8th 2008 Justice case. See LVMPD Domestic Battery report pg 1 And 2, Incident Report pg 1-4, Temporary custody record pg 1 of 1 And Voluntary statement 1 of 1 All (LVMPD) incident occured 5/8/08 EV080508 0237 Paperwork sent & recieved Aug 21, 2009. From Casey A Landis (See State writ response filed 6/2/09 EX 2 pg-2 08F21633X 08M13574

**COUNT II**

The following civil rights has been violated: FALSE Identifying Information
14th, 9th, 6th AND Documentation.
Right to Effective Assistance of Counsel And Equal Law protection

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

David Roger upgraded case 08M13574 to Felony 08F21633X. Filed With crimal Complaint From 8/5/08 in Justice Township State vs Scott Dale pg 2 10/17/2008. Case was Dismissed 01/07/09 pg 1 Paragraph 26-27. On pg 2 Bottom Left Corner 08F21633X LVMPD EV# 0805080237 (Event is from May 8th 2008). The criminal Complaint From 8/5/2008 is FALSE Identifying Information And Documentation From 5/8/08. (See LVMPD Domestic Battery Report occured 5/8/08 report taken 5/8/08 Event Number 0805 080237 Reporting officer William Alberson & David Bauman. David Roger then Filed case C252029 2/17/09 in District Court Dept 14. Filed by information on Aug 5th 2008. (Same as Complaint Filed in 08F21633X Justice Court). On pg 2 of the same Document is witnesses known. (sentence 16 thru 28) All Evidence Used is FALSE Identifying Information And Documentation From May 8th 2008. (See LVMPD incident report printed 5/16/08. I'm also Imprisoned on 08F21633X case from Justice Court that was dismissed. See States response to writ Filed 6/2/09 Exhibit 2 pg 1 case 08F21633X. Also pg 2 case 08M13574 EV# 0805080237 (Event see LVMPD Domestic Battery Report 5/8/08

**COUNT III**

The following civil rights has been violated: FAlSE IMPRISONMENT
5th, 14th, 6th
Right to EFFECTIVE ASSISTANCE Of COUNSEL AND EQUAL LAW PROTECTION

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

ON FEB 17th 2009 DAVID Roger Filed CASE C252029 iN District court. Dept 14. I plea bargained to 12 to 30 months iN NSP. (DATE FEB 25th 2009) CASE WAS brought by WAY OF information. IN SENTENCE 22 OF this CASE, occurANCE iS ON or About the 5th DAY of Aug 2008. ON pg 2 of the SAME Exhibit SENTENCE 27 is DA# 08F21633X LVMPD #EV 080508 0237. This is the CASE & EVENT Im imprisoned ON.

SEE States response to Writ Filed 06/02/09 Exhibit 2 pg 1 CASE 08F21633X released to NSP. Also pg 2 EVENT 080508 0237 DATE 05/08/08 CASE 08M13574. Also SEE LVMPD - Domestic BAttery report pg 1-2 Incident report pg 1-4.

Imprisoned ON 08F21633X Not C252029.

---

**D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ✓ Yes ____ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

Case 2:09-cv-01335-RLH-GWF Document 11 Filed 11/12/2009 Page 8 of 15

DUE PROCESS 01-07-09. Right to Effective Assistance of Counsel And Equal Law Protection
14th Amend 6th-9th-5th

David Roger in Justice Court Filed CASE 08M13574 on 05/08/09. CASE WAS upgraded to A Felony to Number 08F21633X to be heard in DEAS on or About 01/07/09. CASE WAS Dismissed without prejudice.
Roger Filed in District Court CASE C252029 on Feb 17th 2009. By WAY of Information A Misdemeanor because it WAS Andrea McBrides word Against mine. No Evidence. Instant Happened Aug 5th 2008. Roger put the Justice Court Evidence on the misdemeanor And used that Evidence with the complaint And had CASEY Landis PD team convince me to take A plea bargain of 12 to 30 months in NSP. Roger put me in prison on the Evidence from the case dismissed Also on the dismissed CASE Number of 08F21633X. [SEE STATES Response to writ Filed 06/02/09 Exhibit 2 page 1 08F21633X Released to NSP. Also SEE pg 2 08M13574 BK DTE 05/08/08 EVENT # 0805080237. Also SEE LVMPD Domestic Battery report pg 1 and 2 Top right corners # 0805080237 DATE 05-08-08.

The following civil rights has been violated: ☒ Conspiracy to violate civil rights. 08/19/08 6th, 14th, 5th
Right to effective assistance of council and equal law protection

DA Rogers Justice Township case 08M13574 was upgraded to a felony 08F21633X and dismissed without prejudice on or about January 7th 2009. See office of public defenders justice court State vs Bobby Scott paragraph 26-27 (12/19/08 SBt SCS PC SV January 7th 2008 at 7:30). This proves Casey A Landis knew also. This case also has criminal complaint but not from the original date of May 8th 2008 but from August 5th, 2008. (Landis and Roger knew this.) All of Landis police reports are from May 8th 2008 with event # 080508-0237 from May 8th 2008. Video of proceedings will show Roger clearly upset stalling from that morning at 7:30 AM until well after 12 PM noon, but Mcbride did not show. Roger filed C252029 on February 17th 2009. This case event happened August 5th 2008 by information on 08F21633X. Landis spoke to me in a meeting telling me evidence was to great so plead guilty because if I said self defense mccely would bury me in prison. Landis knew buy this false documentation something had to be wrong. (He did nothin) See C252029 State vs Scott Exhibit 1 pg 2 bottom left corner Landis and Roger knew this was not admissible evidence. (Roger was prosecutor in case 08M13574 and 08F21633X).

On 02/25/09 case C252029 I plead guilty with a plea bargain because John Doe black PD said I could not win with the evidence against me.
I told him that the evidence was from another case he said he'd check into it with DA. He said it didn't matter if I don't plead guilty I can get alot of time.

William Alberson & Andrew Bauman were arresting officers in case 08M13574 upgraded to 08F21633X from May 8th 2008. They knew this case was dismissed without prejudice on Jan 7th 2009 in Justice Court. Alberson pressing issue seen speaking with blonde DA Jane Doe on Jan 23rd 2009. This was case 252029 it had nothing to do with him. (Video will show.) Case was then filed Feb 17th 2009 with false evidence on the document. C252029 Exhibit 1 pg 2 bottom left corner. Blonde Jane Doe DA. Jan 23rd 2009 had gotten extensions so they could locate mcbride the victim on Feb 25th 2009 mcbride was forced to come to court and Alberson & Bauman as arresting officers and I was forced by way of evidence used falsely to plea bargain to 12 to 30 months.

outline).

a) Defendants: David Roger, Cassy Landis, Andrea Rackell, William Nelson, David Bauman

b) Name of court and docket number: District Court C252021

c) Disposition (for example, was the case dismissed , appealed or is it still pending?):
Pending

d) Issues raised: FALSE IMPRISONMENT, CONSPIRACY, FALSE DOCUMENTATION, INEFFECTIVE COUNSEL, DUE PROCESS ETC

e) Approximate date it was filed: May 28 2009 - June 29th 2009

f) Approximate date of disposition: July 30th

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ___ Yes _✓_ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: ______________________________.

b) Name of court and case number: ______________________________.

c) The case was dismissed because it was found to be (check one): ______ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d) Issues raised: ______________________________

______________________________

e) Approximate date it was filed: ______________________

f) Approximate date of disposition: ______________________

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: ______________________________.

b) Name of court and case number: ______________________________.

c) The case was dismissed because it was found to be (check one): ______ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d) Issues raised: ______________________________________________

______________________________________________

e) Approximate date it was filed: ____________________

f) Approximate date of disposition: ____________________

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: ______________________________________________.

b) Name of court and case number: ______________________________________.

c) The case was dismissed because it was found to be (check one): ______ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d) Issues raised: ______________________________________________

______________________________________________

e) Approximate date it was filed: ____________________

f) Approximate date of disposition: ____________________

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ____ Yes ✓ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ✓ state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole board decision; or (5) ____ other ______________________________________.

If your answer is "Yes", provide the following information. Grievance Number ________.

Date and institution where grievance was filed ______________________________.

Response to grievance: ______________________________________________

______________________________________________

______________________________________________

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

MONETARY - 2.8 Million - Loss of Job, Pain Suffering, Civil Rights
Punitive - 2.8 million - Conspiracy Punishment
All cases Prosecuted by David Roger Dismissed & Erased
From my Record. William Alberson & Bauman
Fired. Everyone Involved Fired.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

Bobby [signature] Jr.
(Signature of Plaintiff)

11/6/09
(Date)

(Additional space if needed; identify what is being continued)

Conspiracy To Violate Civil Rights: Right to Effective Counsel
6th ~~14th~~ 5th Amendments; And Equal Law

Black John Doe PD said the case was from May 5th 2005. I informed him it was from Aug 5th 2005. Black John Doe PD & Landis were determined to make me plead guilty no matter what. Case C252029 was Self Defense And I had character witnesses from NLVPD. I was told word for word what to say at sentencing by Landis. On Feb 25th 2009 Andrea Rachisle DA covered blonde Jane Doe DA's tracks who forced Mcbride to come to court on the illegal case imprisoned for. Alberson & Bausman arresting officers in case 08F21633X are seen throughout both case proceedings as arrestees; in both cases talking with each DA. When I took plea Alberson jumped in the air in the isle and kicked heels together. DA Rachisle came from break hands raised with my case held hi in the air dancing down the isle, I was the only person left in court to be prosecuted. Feb 25th ~~2008~~ 2009. Video will show also transcripts.

Cont from 6B

Case 2:09-cv-01335-RLH-GWF Document 11 Filed 11/12/2009 Page 14 of 15

Bobby Scott #1034912
PO Box 208
SDCC
Indian Springs NV 89070

87
763

Hasler
$00.44
US POSTAGE

CONFIDENTIAL

"LEGAL MAIL"

Clerk, US District Court
District of Nevada
Lloyd D. George U.S Courthouse
331 Las Vegas Blvd. So - Rm 1334
Las Vegas, NV 89101

NOV 0 9 2009
LAW LIBRARY